**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID L. TOTTEN, an individual, and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>KELLOGG BROWN & ROOT, LLC, a Delaware Corporation; MOLYCORP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:14-cv-01766-DMG-DTBx<br><br>**ORDER GRANTING RELIEF FROM LOCAL RULE 23-3 [13]** |

Having found good cause to issue an Order upon consent of the parties,

**IT IS HEREBY ORDERED** that Plaintiff be relieved of the requirements in Local Rule 23-3 and that the deadline for filing Plaintiff's motion for class certification will be set by the Court at or in connection with the Rule 26 scheduling conference. *See* Initial Standing Order [Doc. # 14.] at 5-6.

DATED: September 5, 2014

Dolly M. Gee

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE