Lee R. Feldman, Esq. (SBN 171628)
lee@leefeldmanlaw.com
Alicia Olivares, Esq. (SBN 181412)
alicia@leefeldmanlaw.com
Leonard H. Sansanowicz, Esq. (SBN 255729)
leonard@leefeldmanlaw.com
**FELDMAN BROWNE OLIVARES**
**A Professional Corporation**
10100 Santa Monica Blvd., Suite 2490
Los Angeles, California 90067
Telephone: (310) 552-7812
Facsimile: (310) 552-7814

Michael Rubin, Esq. (SBN 80618)
mrubin@altber.com
**ALTSHULER BERZON LLP**
117 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiff, DAVID L. TOTTEN, and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID L. TOTTEN, an individual, and all others similarly situated

Plaintiffs,

vs.

KELLOGG BROWN & ROOT, LLC, a Delaware Corporation; MOLYCORP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 5:14-cv-01766-DMG-DTBx

[*Case Assigned to the Honorable Dolly M. Gee in Courtroom 7 - Spring Street*]

[San Bernardino County Superior Court Case No. CIVDS1408596]

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Before Honorable United States District Judge Dolly M. Gee

Notice of Removal Filed: August 28, 2014

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that today the Supreme Court denied certiorari in *CLS Transportation Los Angeles V. Iskanian, Archavir*, U.S.Sup.Ct. No. 14-341. Attached hereto as Exhibit "A" is a true and correct copy of the high court's order list.

In its moving papers, Defendant argued that this Court should "stay the representative PAGA claim pending resolution of …**the <u>Iskanian</u> appeal,**" implying that the Supreme Court would grant certiorari in *Iskanian* and reverse the California Supreme Court's ruling that arbitration of claims under the California's Labor Code Private Attorneys General Act of 2004 ("PAGA") cannot be compelled. The Supreme Court has done neither.

Dated: January 20, 2015

FELDMAN BROWNE OLIVARES, APC

By: /s/ Leonard H. Sansanowicz
LEE R. FELDMAN
ALICIA OLIVARES
LEONARD H. SANSANOWICZ
Attorneys for Plaintiff DAVID TOTTEN

# EXHIBIT A

**(ORDER LIST: 574 U.S.)**

**TUESDAY, JANUARY 20, 2015**

**CERTIORARI -- SUMMARY DISPOSITIONS**

13-705 KEIRAN, ALAN, ET AL. V. HOME CAPITAL, INC., ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Jesinoski* v. *Countrywide Home Loans*, 574 U. S. ___ (2015).

13-884 TAKUSHI, ROCKY F. V. BAC HOME LOANS SERVICING

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Jesinoski* v. *Countrywide Home Loans*, 574 U. S. ___ (2015).

13-1526 PETERSON, GARY R., ET UX. V. BANK OF AMERICA

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Jesinoski* v. *Countrywide Home Loans*, 574 U. S. ___ (2015).

**ORDERS IN PENDING CASES**

14M71 GOLDBLATT, LAWRENCE A. V. KANSAS CITY, MO, ET AL.

The motion for leave to proceed *in forma pauperis* with the declaration of indigency under seal is denied.

14M72 REYNA, OSCAR J. V. STEPHENS, DIR., TX DCJ

The motion for leave to proceed as a veteran is denied.

14-562 TANCO, VALERIA, ET AL. V. HASLAM, GOV. OF TN, ET AL.

The motion of Chris Sevier for leave to intervene is denied.

14-6589 HAIRSTON, ARTHUR L. V. SAMUELS, DIR., BOP, ET AL.

The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is denied.

14-6960 M. J. V. WA UNIV. PHYSICIANS, ET AL.

The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is granted. The order entered December 15, 2014, is vacated.

14-7525 MADRID, ARMINDA V. KMF FREMONT, ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied. Petitioner is allowed until February 10, 2015, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**CERTIORARI DENIED**

13-817 KELLOGG BROWN & ROOT SERVICES V. HARRIS, CHERYL, ET AL.

13-956 TEVA PHARMACEUTICALS USA, ET AL. V. SUPERIOR COURT OF CA, ET AL.

13-1241 KBR, INC., ET AL V. METZGAR, ALAN, ET AL.

14-105 KBR, INC., ET AL. V. McMANAWAY, MARK, ET AL.

14-151 WILSON, KEISCHA, ET VIR V. LONG BEACH, CA, ET AL.

14-200 NACS V. BD. OF GOVERNORS

14-337 HOLMICH, WALTER V. UNITED STATES

14-341 CLS TRANSPORTATION LOS ANGELES V. ISKANIAN, ARSHAVIR

14-420 LEMBARIS, ANN M. V. UNIVERSITY OF ROCHESTER

14-439 KURTZ, JACK, ET AL. V. VERIZON NEW YORK, INC., ET AL.

| | |
|---|---|
| 14-530 | TAYLOR, LAWRENCE J. V. MARTIN, WARDEN |
| 14-536 | JONES, DONALD A. V. HOUSTON INDEPENDENT, ET AL. |
| 14-539 | DAVIS, HENRY V. DUNCAN, WARDEN |
| 14-540 | PANASONIC CORP., ET AL. V. SAMSUNG ELECTRONICS CO. |
| 14-545 | NORTON SIMON MUSEUM, ET AL. V. VON SHER, MAREI |
| 14-546 | NEXTERA ENERGY POINT BEACH V. INT'L BRO. OF ELECTRICAL WORKERS |
| 14-548 | EUBANKS, WILLIAM M. V. HOBBS, DIR., AR DOC |
| 14-550 | FERRIER, RONALD E. V. KENTUCKY |
| 14-559 | FLEMING, MARK A. V. TEXAS |
| 14-566 | FL DOC V. RODRIGUEZ, MOISE |
| 14-567 | HOFFMAN, JESSIE V. CAIN, WARDEN |
| 14-575 | HOBART CORP., ET AL. V. WASTE MANAGEMENT OF OH, ET AL. |
| 14-584 | KUTTY, MOHAN V. DEPT. OF LABOR |
| 14-609 | MALASKA, ALEXANDER E. V. MARYLAND |
| 14-628 | SOUTHERN ELECTRONICS, ET AL. V. CAMSOFT DATA SYSTEMS, INC. |
| 14-635 | CARROLL, CHARLES A. V. HUNTER, ACTING WARDEN |
| 14-636 | SEARCY, ANDREW V. MERIT SYSTEMS PROTECTION BOARD |
| 14-637 | UNITED STATES, EX REL. BARKO V. KELLOGG BROWN & ROOT, ET AL. |
| 14-642 | BARNES, ANDREW H., ET AL. V. KINNEY, ROBERT |
| 14-667 | DEE, MICHAEL J. V. MAINE |
| 14-673 | ROGOWSKI, MICHAEL V. MISSISSIPPI |
| 14-682 | WHITAKER, FRANCIS G. V. MISSISSIPPI |
| 14-698 | WILLIE, JOSEPH R. V. COMMISSION FOR LAWYER DISCIPLINE |
| 14-702 | STRAW, ANDREW U. V. KLOECKER, JOHN F., ET AL. |
| 14-707 | WARREN, RANDY V. BANK OF AMERICA |
| 14-5258 | YEARY, BRIAN M. V. UNITED STATES |
| 14-5273 | CARTER, GREGORY V. CALIFORNIA |
| 14-6287 | PADILLA, MANUEL C. V. UNITED STATES |

14-6320 SOLIZ, MARK A. V. TEXAS

14-6332 NGUYEN, NHUONG V. V. PHAM, MONIQUE, ET AL.

14-6343 COLE, JAIME P. V. TEXAS

14-6711 AMEUR, MAMMAR V. GATES, ROBERT M., ET AL.

14-7047 ROCCO, STEFANO V. SUPERIOR COURT OF CA

14-7061 LUCAS, JAMES V. REYNOLDS, WARDEN

14-7067 BAEZ, ORLANDO V. FALOR, STANLEY, ET AL.

14-7068 ALVARADO, WILMER A. V. BITER, WARDEN, ET AL.

14-7069 PRATER, WAYNE V. PHILADELPHIA FAMILY COURT

14-7070 MOORER, DAVID V. UNIVERSAL PROTECTION SERVICES

14-7075 VELASCO, WILLIAM Z. V. CALIFORNIA

14-7077 PRINGLE, CHARLES E. V. UNITED STATES

14-7080 JACKSON, ANDRE V. MILLER, WARDEN

14-7087 YAZDCHI, ALI V. TEXAS

14-7088 WALLER, RONALD B. V. POSEY, CATHERINE, ET AL.

14-7095 JAMERSON, MARCUS V. TEXAS

14-7099 DAWES, DOLORES V. PUBLISH AMERICA, ET AL.

14-7106 PERSAUD, VISHNU D. V. FLORIDA

14-7107 MYERS, DAVID J. V. BOP MAILROOM STAFF, ET AL.

14-7108 MUHAMMAD, AHAID A. V. VAUGHN, DAVID R., ET AL.

14-7116 WILSON, DARNELL V. HARRINGTON, WARDEN

14-7117 WEBSTER, BRENT E. V. ARAMARK CORRECTIONAL SERVICES

14-7120 CARR, RAYMOND E. V. STEPHENS, DIR., TX DCJ, ET AL.

14-7126 SALINAS, MARTIN V. STEPHENS, DIR., TX DCJ

14-7131 McCARTHY, JOSEPH V. McCARTHY, ANNIE

14-7132 BLUNT, RALPHAEL V. PENNSYLVANIA

14-7134 BERNIER, REJEANNE M. V. COURT OF APPEAL OF CA, ET AL.

14-7150 McARTY, RANDALL T. V. HOBBS, DIR., AR DOC

| | |
|---|---|
| 14-7189 | PINTO, RICHARD V. WALSH, SUPT., SULLIVAN |
| 14-7193 | FRITH, ROGER V. ND WORKFORCE INSURANCE, ET AL. |
| 14-7243 | LUGO, DANIEL V. JONES, SEC., FL DOC |
| 14-7252 | MAYO, STANLEY V. VERMONT |
| 14-7292 | WILLIAMS, CARL L. V. PERRITT, SUPT., LUMBERTON |
| 14-7305 | HICKS, DAMONE L. V. GROUNDS, WARDEN |
| 14-7307 | FLETCHER, DENNIS V. MENDONSA, SUPT., SOUZA |
| 14-7308 | HILTON, MICHAEL V. McCALL, WARDEN |
| 14-7314 | WHITE, MARK V. USDC ED MI, ET AL. |
| 14-7333 | ZWEIFEL, JULIE V. ZWEIFEL, KYLE W. |
| 14-7338 | SLONE, WILLIAM D. V. MEKO, WARDEN |
| 14-7364 | JACKSON, KENJI V. CALIFORNIA |
| 14-7381 | VIVO, JOHN V. CONNECTICUT |
| 14-7384 | WESTON, MALCOLM V. DENNEY, WARDEN |
| 14-7401 | MEALING, ROOSEVELT V. GA DEPT. OF JUVENILE JUSTICE |
| 14-7410 | SECESSIONS, TIMOTHY D. V. OHIO |
| 14-7443 | CARR-STEPHENSON, NEDRA V. OFFICEMAX NORTH AMERICA, INC. |
| 14-7466 | ROBERTSON, MARCO M. V. SAMUELS, CHARLES E., ET AL. |
| 14-7476 | ROBERTSON, MARCO M. V. THOMAS, WARDEN |
| 14-7487 | BRUNSTING, LANCE P. V. COLORADO |
| 14-7491 | TATE, BOBBY L. V. WISCONSIN |
| 14-7563 | BARTOLI, EDWARD V. UNITED STATES |
| 14-7565 | SCOTT, LEROY V. UNITED STATES |
| 14-7566 | RODRIGUEZ-IZNAGA, CLARA V. UNITED STATES |
| 14-7575 | HAYNESWORTH, ROY V. UNITED STATES |
| 14-7576 | SAMUEL, SHAWN D. V. UNITED STATES |
| 14-7590 | CHASSE, PATRICK V. UNITED STATES |
| 14-7618 | SMITH, MONIQUE V. UNITED STATES |

14-7622 ANDRULONIS, ALBERT A. V. UNITED STATES

14-7624 CAUSEY, WILLIAM A. V. UNITED STATES

The petitions for writs of certiorari are denied.

14-220 ROMAN CATHOLIC DIOCESE, ET AL. V. MAYEUX, ROBERT D., ET UX.

The motion of The Confraternity of Catholic Clergy for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

14-6573 CURRY, RICARDO O. V. UNITED STATES

The motion of respondent for leave to file a brief in opposition under seal with redacted copies for the public record is granted. The motion of petitioner for leave to file a reply under seal with redacted copies for the public record is granted. The petition for a writ of certiorari is denied.

14-7102 KEARNEY, RICHARD V. GRAHAM, SUPT., AUBURN

The petition for a writ of certiorari is denied. Justice Sotomayor took no part in the consideration or decision of this petition.

14-7110 RIGGINS, RICHARD P. V. USCA 5

14-7114 STEBBINS, DAVID A. V. USDC WD AR

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

14-7596 FLOOD, KEVIN P. V. UNITED STATES

14-7597 GAREY, EDDIE M. V. UNITED STATES

The petitions for writs of certiorari are denied. Justice Kagan took no part in the consideration or decision of these petitions.

14-7601 ROMAN, MANUEL V. UNITED STATES

The petition for a writ of certiorari is denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**MANDAMUS DENIED**

14-630 IN RE THEODORE B. GOULD

14-7270 IN RE AKILAH SHABAZZ

14-7500 IN RE WILLIAM R. ABBOTT

The petitions for writs of mandamus are denied.

**REHEARINGS DENIED**

12-9909 NOBLE, TYRONE V. UNITED STATES

14-414 THOMPSON, GARY V. JPMORGAN CHASE BANK, ET AL.

14-5016 WILLIAMS, ROBERT L. V. UNITED STATES

14-5806 ROSARIO, EVARISTO V. RHODE ISLAND, ET AL.

14-5935 TAYLOR, EVELYN S. V. BERNICH, ERNEST A., ET UX.

14-5972 NESBY, RODGY L. V. TEXAS

14-5988 OLIVER, WILLIAM H. V. BANKFIRST, ET AL.

14-6494 BRIGHT, EDNA V. HUD, ET AL.

14-6522 KITCHEN, RAYMOND V. CREWS, SEC., FL DOC

The petitions for rehearing are denied.