Lee R. Feldman, Esq. (SBN 171628)
lee@leefeldmanlaw.com
Alicia Olivares, Esq. (SBN 181412)
alicia@leefeldmanlaw.com
Leonard H. Sansanowicz, Esq. (SBN 255729)
leonard@leefeldmanlaw.com
**FELDMAN BROWNE OLIVARES**
**A Professional Corporation**
10100 Santa Monica Blvd., Suite 2490
Los Angeles, California 90067
Telephone: (310) 552-7812
Facsimile: (310) 552-7814

Michael Rubin, Esq. (SBN 80618)
mrubin@altber.com
**ALTSHULER BERZON LLP**
117 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiff, DAVID L. TOTTEN, and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID L. TOTTEN, an individual, and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>KELLOGG BROWN & ROOT, LLC, a Delaware Corporation; MOLYCORP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:14-cv-01766-DMG-DTBx<br><br>[*Case Assigned to the Honorable Dolly M. Gee in Courtroom 7 - Spring Street*]<br><br>[San Bernardino County Superior Court Case No. CIVDS1408596]<br><br>**PLAINTIFF'S REQUEST TO RENDER A DECISION ON DEFENDANTS' MOTION TO COMPEL ARBITRATION OF INDIVIDUAL AND DISMISS CLASS AND REPRESENTATIVE CLAIMS**<br><br>Before Honorable United States District Judge Dolly M. Gee<br><br>Notice of Removal Filed: August 28, 2014 |

On September 25, 2014, defendants Kellogg Brown & Root, LLC ("KBR") and Molycorp, Inc. (collectively, "Defendants") filed a Motion to Compel Arbitration of plaintiff David L. Totten ("Plaintiff") and to Dismiss Class and Representative Claims. Per the time limits in Local Rule 7, Plaintiff filed his Opposition on November 14, 2014, and Defendants filed their Reply on November 21, 2014, the last date permitted under the Local Rules to file a document related to Defendants' motion.

The matter was set to be heard on December 5, 2014. On December 4, 2014, the Court issued an in-chambers Order that the matter was appropriate for decision without oral argument and then took the matter under submission. (Dkt No. 29.) The Court has not yet rendered a decision on Defendants' motion.

Pursuant to Local Rule 83-9, Plaintiff reached out to Defendants to file a joint request that the Court render its decision. Declaration of Leonard H. Sansanowicz in Support of Plaintiff's Request ("Sansanowicz Decl") ¶2; Exhibit A. However, Defendants refuse to participate in a joint request. *Ibid.*

Therefore, Plaintiff requests on his own that the Court make a decision without further delay. In the alternative, Plaintiff respectfully requests that the Court advise the parties in writing the date by which a decision will be made if not within 30 days of the filing of this request.

Dated: May 22, 2015

FELDMAN BROWNE OLIVARES, APC
ALTSHULER BERZON LLP

By: /s/ Leonard H. Sansanowicz
Attorneys for Plaintiff DAVID TOTTEN