UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 14-1766 DMG (DTBx) | Date | August 7, 2015 |
|---|---|---|---|

| Title | *David L. Totten v. Kellogg Brown & Root, LLC, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED**

On August 5, 2015, Defendant Kellogg Brown & Root, LLC filed a notice that a Voluntary Chapter 11 Bankruptcy petition was filed on behalf of Defendant Molycorp, Inc. in the United States Bankruptcy Court for the District of Delaware on June 25, 2015. [Doc. # 39.]

The parties are hereby ordered to show cause why this action should not be stayed as a result of the filing of Defendant Molycorp, Inc.'s bankruptcy petition. If a written response is not filed by **August 14, 2015**, the Court will issue an order staying and administratively closing the action.

**IT IS SO ORDERED.**