Lee R. Feldman, Esq. (SBN 171628)
lee@leefeldmanlaw.com
Alicia Olivares, Esq. (SBN 181412)
alicia@leefeldmanlaw.com
Leonard H. Sansanowicz, Esq. (SBN 255729)
leonard@leefeldmanlaw.com
**FELDMAN BROWNE OLIVARES**
**A Professional Corporation**
12400 Wilshire Blvd., Suite 1100
Los Angeles, California 90025
Telephone: (310) 207-8500
Fax: (310) 207-8515

Attorneys for Plaintiff, DAVID L. TOTTEN,
and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID L. TOTTEN, an individual, and all others similarly situated

Plaintiffs,

vs.

KELLOGG BROWN & ROOT, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 5:14-cv-01766-DMG-DTBx

[*Case Assigned to the Honorable Dolly M. Gee in Courtroom 8C – First Street*]

[San Bernardino County Superior Court Case No. CIVDS1408596]

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Before Honorable United States District Judge Dolly M. Gee

Hearing Date: TBD
Time: TBD
Courtroom: 8C (First Street)

Notice of Removal Filed: August 28, 2014
Trial Date: June 12, 2018



FELDMAN BROWNE OLIVARES
A PROFESSIONAL CORPORATION

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT as soon as the matter may be heard in in the courtroom of the Honorable Dolly M. Gee, located at 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 8C, Plaintiff David L. Totten ("Plaintiff") will and hereby does move this Court for an Order Granting Preliminary Approval of Class Action Settlement. Good causes exists for the Court to grant this Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities concurrently filed, the Declaration of Plaintiff's Counsel, and on such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated: June 30, 2017

FELDMAN BROWNE OLIVARES, APC

By: /s/ Leonard H. Sansanowicz
LEE R. FELDMAN
ALICIA OLIVARES
LEONARD H. SANSANOWICZ
Attorneys for Plaintiff DAVID TOTTEN and all others similarly situated and similarly aggrieved