Lee R. Feldman, Esq. (SBN 171628)
lee@leefeldmanlaw.com
Alicia Olivares, Esq. (SBN 181412)
alicia@leefeldmanlaw.com
Leonard H. Sansanowicz, Esq. (SBN 255729)
leonard@leefeldmanlaw.com
**FELDMAN BROWNE OLIVARES**
**A Professional Corporation**
12400 Wilshire Blvd., Suite 1100
Los Angeles, California 90025
Telephone: (310) 207-8500
Fax: (310) 207-8515

Attorneys for Plaintiff, DAVID L. TOTTEN, and all others similarly situated

FELDMAN BROWNE OLIVARES A PROFESSIONAL CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID L. TOTTEN, an individual, and all others similarly situated

Plaintiffs,

vs.

KELLOGG BROWN & ROOT, LLC, a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 5:14-cv-01766-DMG-DTBx

[*Case Assigned to the Honorable Dolly M. Gee in Courtroom 8C – First Street*]

[San Bernardino County Superior Court Case No. CIVDS1408596]

**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Before Honorable United States District Judge Dolly M. Gee

Hearing Date: December 15, 2017
Time: 10:00 a.m.
Courtroom: 8C (First Street)

Notice of Removal Filed: August 28, 2014
Trial Date: June 12, 2018

FELDMAN BROWNE OLIVARES A PROFESSIONAL CORPORATION

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on December 15, 2017, at 10:00 a.m., or as soon as the matter may be heard in the courtroom of the Honorable Dolly M. Gee, located at 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 8C, Plaintiff David L. Totten ("Plaintiff") will and hereby does move this Court for an Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement.

The Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities concurrently filed, the Declarations of Leonard H. Sansanowicz and Amanda Myette, and exhibits thereto, the pleadings, papers, and entire record herein, and on such oral and documentary evidence as may be presented at the hearing of this Motion.

Defendant Kellogg Brown & Root, LLC, has stipulated that it will not oppose this motion.

Dated: November 22, 2017

FELDMAN BROWNE OLIVARES, APC

By: /s/ Leonard H. Sansanowicz
LEE R. FELDMAN
LEONARD H. SANSANOWICZ
Attorneys for Plaintiff DAVID TOTTEN and all others similarly situated and similarly aggrieved